THE MADISON AND INDIANAPOLIS RAILROAD COMPANY *v.*
THE TRUSTEES OF FRANKLIN TOWNSHIP.

Tuesday, January 27, 1857.

APPEAL from the *Johnson* Circuit Court.

*Per Curiam.*—This was a prosecution by the trustees of *Franklin* township, in *Johnson* county, against the appellants, for obstructing a highway. On appeal, there was a trial by the Court, and judgment for the plaintiffs. The record states that a motion for a new trial was made, but no reasons were filed as required by the statute. 2 R. S. p. 119, s. 355. No question is pre-

sented for this Court, and the judgment is affirmed with 10 per cent. damages, and costs.

F. M. Finch, for the appellants.

S. P. Oyler, for the appellees.